Jeffrey I. Hasson
Attorney at Law
Davenport & Hasson, LLP
12707 NE. Halsey Street
Portland, OR  97230
Phone: (503) 255-5352
Facsimile No.: (503) 255-6124
E-Mail: hasson@dhlaw.biz
Oregon State Bar No. 872419
Attorney for DKC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| LAWRENCE JAMES SACCATO,<br><br>                    Plaintiff,<br><br>vs.<br><br>DAVIS LAW FIRM; DKC INVESTMENTS, LLC; and FIRST NATIONAL BANK OF OMAHA,<br><br>                    Defendants. | Case No.: 6:10-CV-06192-TC<br><br>NOTICE OF APPEARANCE OF DEFENDANT DKC INVESTMENTS, LLC |

TO: LAWRENCE JAMES SACCATO, Plaintiff,

AND TO:  THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON;

      YOU AND EACH OF YOU are hereby notified that the undersigned enters his appearance as attorney of record for Defendant DKC Investments, LLC ("DKC"), in the above-entitled action, and hereby requests that all further pleadings be served upon said attorney at the address stated below.  This appearance is made without waiving any questions of:

      1.     Lack of jurisdiction over the subject matter;

      2.     Lack of jurisdiction over the person;

NOTICE OF APPEARANCE OF DEFENDANT DKC INVESTMENTS, LLC - 1
Case No. 6:10-CV-06192-TC

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

m:\8800\0003\p-notice of appearance.doc

3.     Improper venue;

4.     Insufficiency of process;

5.     Insufficiency of service of process;

6.     Failure to state a claim upon which relief may be granted; and

7.     Failure to join a party under Rule 19.

Dated August 5, 2010.

DAVENPORT & HASSON, LLP

s/ Jeffrey I. Hasson
OSB No. 872419
Davenport & Hasson, LLP
12707 NE Halsey St.
Portland, OR 97230
Telephone: (503) 255-5352
Fax: (503) 255-6124
E-Mail: hasson@dhlaw.biz

***Attorney for DKC***

NOTICE OF APPEARANCE OF DEFENDANT DKC INVESTMENTS, LLC - 2
Case No. 6:10-CV-06192-TC

DAVENPORT & HASSON, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

m:\8800\0003\p-notice of appearance.doc

Certificate of Service

      I hereby certify that on <u>August 5, 2010</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:  <u>.</u> and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  <u>Lawrence James Saccato, 6387 Old Highway 99S, Roseburg, OR 97471</u>.

                s/ Jeffrey I. Hasson
                Jeffrey I. Hasson, OSB No. 872419
                Attorney for DKC
                Davenport & Hasson, LLP
                12707 NE Halsey St.
                Portland, OR 97230
                Phone: (503) 255-5352
                Facsimile: (503) 255-6124
                E-Mail: hasson@dhlaw.biz

NOTICE OF APPEARANCE OF DEFENDANT DKC INVESTMENTS, LLC - 3
Case No. 6:10-CV-06192-TC

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

m:\8800\0003\p-notice of appearance.doc