Robert E. Sabido, OSB No. 96416
rsabido@cvk-law.com
COSGRAVE VERGEER KESTER LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205
Telephone:   (503) 323-9000
Facsimile:    (503) 323-9019

Attorneys for Defendant Davis Law Firm

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| LAWRENCE JAMES SACCATO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVIS LAW FIRM; DKC INVESTMENTS LLC a/s/o; FIRST NATIONAL BANK OF OMAHA,<br><br>　　　　Defendants. | Case No. CV10-6192 TC<br><br>**DEFENDANT DAVIS LAW FIRM'S NOTICE OF APPEARANCE** |

　　　Defendant Davis Law Firm gives notice of its appearance and requests that all pleadings, correspondence and other relevant matters be directed to the undersigned attorney.  This appearance does not waive any defenses or claims that defendant Davis Law Firm may have, including (but not limited to) any defenses based on jurisdiction, venue, process, service of process, or statute of limitations.

　　　DATED:  August 9, 2010

　　　　　　　　　　　　　　　　　　　　COSGRAVE VERGEER KESTER LLP


　　　　　　　　　　　　　　　　　　　　/s/ Robert E. Sabido
　　　　　　　　　　　　　　　　　　　　Robert E. Sabido, OSB No. 96416
　　　　　　　　　　　　　　　　　　　　rsabido@cvk-law.com
　　　　　　　　　　　　　　　　　　　　Telephone: (503) 323-9000
　　　　　　　　　　　　　　　　　　　　Fax:  (503) 323-9019
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Davis Law Firm

Page 1 – **DEFENDANT DAVIS LAW FIRM'S NOTICE OF APPEARANCE**　　　1019682

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing

**DEFENDANT DAVIS LAW FIRM'S NOTICE OF APPEARANCE** on the date indicated below by

- ☒ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☒ electronic filing notification;

I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

Lawrence James Saccato
c/o 6387 Old 99 S.
Roseburg, OR 97471
    Plaintiff *pro se*

Jeffrey Hasson
Davenport & Hasson, LLP
12707 NE Halsey Street
Portland, OR 97230
    Attorneys for Defendant DKC Investments LLC

    DATED: August 9, 2010

    /s/ Robert E. Sabido
    Robert E. Sabido

Page 1 - **CERTIFICATE OF SERVICE**    1019682

**COSGRAVE VERGEER KESTER LLP**
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000