Jeffrey I. Hasson  
Attorney at Law  
12707 NE Halsey St.  
Portland, OR 97230  
Phone: (503) 255-5352  
Facsimile: (503) 255-6124  
E-Mail: hasson@dhlaw.biz  
Oregon State Bar No. 872419  
Attorney for DKC Investments, LLC

Honorable Thomas M. Coffin

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| LAWRENCE JAMES SACCATO, | Case No.: 6:10-CV-06192-TC |
|---|---|
| Plaintiff, | WITHDRAWAL OF DEFENDANT DKC INVESTMENTS, LLC'S MOTION TO DISMISS |
| vs. | |
| DAVIS LAW FIRM, DKC INVESTMENTS, LLC, AND FIRST NATIONAL BANK OF OMAHA | |
| Defendants. | |

Defendant DKC Investments, LLC (DKC), by and through its attorney, Jeffrey I. Hasson, withdraws its Motion to Dismiss, and has no objection to the filing of Plaintiff's Third Amended Complaint even though leave of court was not requested by Plaintiff.

Dated: August 24, 2010.

s/ Jeffrey I. Hasson  
Jeffrey I. Hasson, OSB#872419  
Davenport & Hasson, LLP  
Phone: (503) 255-5352  
Attorney for DKC

WITHDRAWAL OF DEFENDANT DKC INVESTMENTS,  
LLC'S MOTION TO DISMISS -- Page 1

Davenport & Hasson, LLP  
Attorneys at Law  
12707 NE Halsey Street  
Portland, OR 97230  
Telephone No. (503) 255-5352  
Facsimile No. (503) 255-6124

Certificate of Service

   I hereby certify that on August 24, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:  <u>Robert Sabido</u>   and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  Lawrence James Saccato, 6387 Old Hwy 99S, Roseburg, OR 97471.

                <u>s/ Jeffrey I. Hasson</u>
                Jeffrey I. Hasson, OSB#872419
                Attorney for DKC
                Davenport & Hasson, LLP
                12707 NE Halsey St.
                Portland, OR 97230
                Phone: (503) 255-5352
                Facsimile: (503) 255-6124
                E-Mail: hasson@dhlaw.biz

CERTIFICATE OF SERVICE -- Page 1

Davenport & Hasson, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124