Robert E. Sabido, OSB No. 96416
rsabido@cvk-law.com
COSGRAVE VERGEER KESTER LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205
Telephone:   (503) 323-9000
Facsimile:   (503) 323-9019

    Attorney for Defendant First National Bank of Omaha

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| LAWRENCE JAMES SACCATO,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVIS LAW FIRM; DKC INVESTMENTS LLC a/s/o; FIRST NATIONAL BANK OF OMAHA,<br><br>    Defendants. | Case No. CV-10-6192 TC<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE FIRST APPEARANCE BY DEFENDANT FIRST NATIONAL BANK OF OMAHA** |

Pursuant to FRCP 6(b), defendant First National Bank of Omaha ("First National") moves to extend the deadline to file its first appearance up to and including September 23, 2010.  This motion is supported by the accompanying Declaration of Robert E. Sabido.  By filing this motion, First National does not waive any defenses or claims it may have, including (but not limited to) defenses based on jurisdiction, venue,

///

///

///

///

///

///

///

Page 1 -  **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE FIRST APPEARANCE BY DEFENDANT FIRST NATIONAL BANK**

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

1031541

process, service of process, failure to state a claim, and statute of limitations. Plaintiff does not object to this requested extension.

DATED: August 24, 2010

COSGRAVE VERGEER KESTER LLP

/s/ Robert E. Sabido
Robert E. Sabido, OSB No. 96416
rsabido@cvk-law.com
Telephone: (503) 323-9000
Fax: (503) 323-9019
Attorney for Defendant First National
Bank of Omaha

Page 2 -  **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE FIRST APPEARANCE BY DEFENDANT FIRST NATIONAL BANK**    1031541

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE FIRST APPEARANCE BY DEFENDANT FIRST NATIONAL BANK OF OMAHA** on the date indicated below by:

- ☒ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☒ electronic filing notification;

I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

Lawrence James Saccato
c/o 6387 Old 99 S.
Roseburg, OR 97471
    Plaintiff *pro se*

Jeffrey Hasson
Davenport & Hasson, LLP
12707 NE Halsey Street
Portland, OR 97230
    Attorney for Defendant DKC Investments LLC

    DATED: August 24, 2010

                      /s/ Robert E. Sabido
                      Robert E. Sabido

Page 1 - **CERTIFICATE OF SERVICE**

1031541

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000