Robert E. Sabido, OSB No. 96416
rsabido@cvk-law.com
COSGRAVE VERGEER KESTER LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205
Telephone:   (503) 323-9000
Facsimile:   (503) 323-9019

Attorney for Defendant First National Bank of Omaha

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| LAWRENCE JAMES SACCATO,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVIS LAW FIRM; DKC INVESTMENTS LLC a/s/o; FIRST NATIONAL BANK OF OMAHA,<br><br>    Defendants. | Case No. CV-10-6192 TC<br><br>**DECLARATION OF ROBERT E. SABIDO IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE FIRST APPEARANCE BY DEFENDANT FIRST NATIONAL BANK OF OMAHA** |

I, Robert E. Sabido, hereby declare:

1.   I was just recently retained to represent defendant First National Bank of Omaha ("First National") in this case.

2.   I also represent defendant Davis Law Firm in the case.

3.   Upon information and belief, First National's first appearance is due on or around August 24, 2010.

4.   First National needs sufficient time to get up to speed on the case, and to consider an appropriate first appearance.

5.   Accordingly, First National requests that the court extend the deadline to file its first appearance up to and including September 23, 2010.

Page 1 -   **DECLARATION OF ROBERT E. SABIDO IN SUPPORT OF UNOPPOSED MOTON FOR EXTENSION OF TIME BY DEFENDANT FIRST NATIONAL**
1031546

      6.     I have exchanged e-mails with plaintiff (pro se), and he does not object to this requested extension.

      7.     This motion is made in good faith and not for any improper purpose.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: August 24, 2010

/s/ Robert E. Sabido
Robert E. Sabido

Page 2 - **DECLARATION OF ROBERT E. SABIDO IN SUPPORT OF UNOPPOSED MOTON FOR EXTENSION OF TIME BY DEFENDANT FIRST NATIONAL**
1031546

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing

**DECLARATION OF ROBERT E. SABIDO** on the date indicated below by:

☒ mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐ hand delivery,

☐ facsimile transmission,

☐ overnight delivery,

☒ electronic filing notification;

I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

Lawrence James Saccato
c/o 6387 Old 99 S.
Roseburg, OR 97471
    Plaintiff *pro se*

Jeffrey Hasson
Davenport & Hasson, LLP
12707 NE Halsey Street
Portland, OR 97230
    Attorney for Defendant DKC Investments LLC

    DATED: August 24, 2010

    /s/ Robert E. Sabido
    Robert E. Sabido

Page 1 - **CERTIFICATE OF SERVICE**

1031546

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000