FILED'10 AUG 26 11:44USDC-ORE

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON, EUGENE

LAWRENCE JAMES SACCATO,
        Plaintiff, Pro Se,

v.

DAVIS LAW FIRM,
        Defendant,
DKC INVESTMENTS, LLC
        Co-Defendant,
FIRST NATIONAL BANK
OF OMAHA,    Co-Defendant.

CIVIL ACTION: 10-6192-TC
CAUSE NO.

DECLARATION OF SERVICE

AMENDED COMPLAINT.

STATE OF WASHINGTON    )
                               ) S.S.
COUNTY OF CHELAN        )

    The undersigned, being first duly sworn, on oath deposes and says: That he is now and at all times herein mentioned was a citizen of the United States and resident of the State of Washington, over the age of eighteen years, not an officer of a plaintiff corporation, not a party to nor interested in the above-entitled action and competent to be a witness therein. That on 7-29-10 at 6:09 pm at 1027 Crestview Street, Wenatchee Chelan County, Washington, affiant duly served the above-described documents in the above-mentioned matter upon DKC INVESTMENTS, LLC by then and there personally delivering a true and correct copy thereof into the hands of and leaving the same with BRIAN FAIR, REG. AGENT.

    That at the time and place set forth above affiant duly served the above-described documents in the above-entitled matter upon _____ by then and there, at the residence and usual abode of said person, personally delivering a true and correct copy thereof into the hands of and leaving the same with _____ being a person of suitable age and discretion and then resident therein.

    Affiant further states that he is informed and believes, and therefore alleges, that neither of said defendants is in the military service of the United States.

I HEREBY DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

DATED this 29th day of July 2010, at Wenatchee, Washington.

DONALD JONES
Chelan co. PS-003
Registration Number

SERVICE FEES _____ TRAVEL _____ MAIL _____ RETURN _____ TOTAL _____

FILED 10 AUG 26 11:45 USDC-ORE

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON, EUGENE

LAWRENCE JAMES SACCATO,

    Plaintiff,

vs.

DKC INVESTMENTS,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION  10-6192-TC
CAUSE NO.

DECLARATION OF SERVICE

SUMMONS IN A CIVIL ACTION;
PLAINTIFF'S STATEMENT OF CLAIM.

STATE OF WASHINGTON  )
          ) S.S.
COUNTY OF __CHELAN__  )

  The undersigned, being first duly sworn, on oath deposes and says: That he is now and at all times herein mentioned was a citizen of the United States and resident of the State of Washington, over the age of eighteen years, not an officer of a plaintiff corporation, not a party to nor interested in the above-entitled action and competent to be a witness therein, That on __7-29-10__ at __6:09 pm__ at __1027 Crestview Street, Wenatchee__ __Chelan__ County, Washington, affiant duly served the above-described documents in the above-mentioned matter upon __DKC INVESTMENTS__ by then and there personally delivering a true and correct copy thereof into the hands of and leaving the same with __BRIAN FAIR, REG. AGENT__.

  That at the time and place set forth above affiant duly served the above-described documents in the above-entitled matter upon _____
by then and there, at the residence and usual abode of said person, personally delivering a true and correct copy thereof into the hands of and leaving the same with _____
being a person of suitable age and discretion and then resident therein.

  Affiant further states that he is informed and believes, and therefore alleges, that neither of said defendants is in the military service of the United States.

I HEREBY DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

  DATED this __29th__ day of __July__, 2010, at Wenatchee, Washington.

                  _____
                  DONALD JONES
                  Chelan co. PS-003
                  Registration Number

SERVICE FEES _____ TRAVEL _____ MAIL _____ RETURN _____ TOTAL $50.00

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon, Eugene I

| | |
|---|---|
| LAWRENCE JAMES SACCATO <br><br> *Plaintiff* <br> v. <br> FIRST NATIONAL BANK OF OMAHA <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 10-6192-TC <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FIRST NATIONAL BANK OF OMAHA, MAUREEN OCONNAR REGISTERED AGENT, 1620 Dodge Street Stop 3290, OMAHA NEBRASKA 68197

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    LAWRENCE JAMES SACCATO, 6387 Old 99 S, ROSEBURG OREGON 97471

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN
CLERK OF COURT

Date: 7/13/10

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Kristen Drew**, who is
designated by law to accept service of process on behalf of *(name of organization)* **First National Bank of Omaha** on *(date)* **8-3-10** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **8-3-10**

_____
Server's signature

**Greg Allen – Processor**
Printed name and title

**268 North 115th St**
**Omaha, Nebraska**
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-6192-TC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DAVIS LAW FIRM
was received by me on *(date)* 7.23.10 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* MARRY WESTFALL, who is designated by law to accept service of process on behalf of *(name of organization)* DAVIS LAW FIRM
12220 SW 1ST ST. BEAVERTON, OR. 97005 on *(date)* 7-26-3:00p or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7-26-10

*Server's signature*

JOR J. ERNST
*Printed name and title*

BEAVERTON, OR 97005
*Server's address*

Additional information regarding attempted service, etc:

SUBSCRIBED AND SWORN TO BEFORE ME THIS
26th day of July, 2010

Linda Marie Weiman
Notary Public for Oregon

OFFICIAL SEAL
LINDA MARIE WEIMAN
NOTARY PUBLIC-OREGON
COMMISSION NO. 446069
MY COMMISSION EXPIRES FEBRUARY 05, 2014