IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | | |
|---|---|---|
| LAWRENCE JAMES SACCATO, | § § § | |
| Plaintiff, ProSe' | § § | |
| vs. | § § | CIVIL ACTION NO.10-6192-TC |
| DAVIS LAW FIRM | § § § | STIPULATION TO ALLOW FILING OF |
| Defendant | § § | THIRD AMENDED COMPLAINT; |
| DKC INVESTMENTS, LLC a/s/o | § § | |
| Co-Defendant | § § | |
| FIRST NATIONAL BANK OF OMAHA | § § § | |
| Co-Defendant, | § § | |

This stipulation is entered into by Plaintiff, Lawrence James Saccato, Robert E. Sabido on behalf of Davis Law Firm, (Davis) and First National Bank of Omaha (First) and Jeffrey I. Hasson on behalf of DKC Investments LLC (DKC) presently named in the lawsuit.

It is hereby stipulated that plaintiff may file the Third Amended Complaint, [Doc. 8].

It is further stipulated that each defendant who has not yet appeared, may answer or otherwise respond to the Third Amended Complaint and DKC's answer to the Third Amended Complaint [Doc.11] shall be DKC's response without further filing by DKC.

Dated: 8-26-10

*LAWRENCE SACCATO*
Lawrence James Saccato, Plaintiff ProSe'
C/o 6387 Old Hwy 99S
Roseburg, Oregon 97471
541-784-2284 Message
ljsaccato@gmail

Dated: 9-1-10

Jeffrey I Hasson, OSB#872419
Davenport & Hasson, LLP
Attorney for DKC

Dated: 9/10/10

Robert E. Sabido, OSB#964168
Cosgrave, Vergeer Kester LLP
Attorneys for Davis and First

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **STIPULATION TO ALLOW FILING OF THIRD AMENDED COMPLAINT** on the date indicated below by:

- ☒ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☒ electronic filing notification;

I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

Lawrence James Saccato
c/o 6387 Old 99 S.
Roseburg, OR 97471
    Plaintiff *pro se*

Jeffrey Hasson
Davenport & Hasson, LLP
12707 NE Halsey Street
Portland, OR 97230
    Attorneys for Defendant DKC Investments LLC

DATED: September 13, 2010

                                                       /s/ Robert E. Sabido
                                                     Robert E. Sabido

Page 1 - CERTIFICATE OF SERVICE

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000