Robert E. Sabido, OSB No. 96416
rsabido@cvk-law.com
COSGRAVE VERGEER KESTER LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

Attorney for Defendant First National Bank of Omaha

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| LAWRENCE JAMES SACCATO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVIS LAW FIRM; DKC INVESTMENTS LLC a/s/o; FIRST NATIONAL BANK OF OMAHA,<br><br>　　　　Defendants. | Case No. CV-10-6192 TC<br><br>**DEFENDANT FIRST NATIONAL BANK OF OMAHA'S MOTION TO DISMISS**<br><br>(Request for Telephonic Oral Argument) |

**LR 7-1 CERTIFICATION**

Pursuant to LR 7-1, counsel for defendant First National Bank of Omaha ("FNBO") certifies that he conferred by telephone with plaintiff in a good faith effort to resolve the dispute that is at issue in this motion, but the parties were unable to resolve the dispute.

/ / /

/ / /

/ / /

/ / /

Page 1 -   **DEFENDANT FIRST NATIONAL BANK OF OMAHA'S MOTION TO DISMISS**

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

1057970

## MOTION

Pursuant to Fed. R. Civ. P. 12(b)(6), FNBO moves to dismiss plaintiff's claims because they fail to state a claim against FNBO upon which relief can be granted.

DATED: October 4, 2010

COSGRAVE VERGEER KESTER LLP

/s/ Robert E. Sabido
Robert E. Sabido, OSB No. 96416
rsabido@cvk-law.com
Telephone: (503) 323-9000
Fax: (503) 323-9019
Attorney for Defendant First National Bank of Omaha

Page 2 - DEFENDANT FIRST NATIONAL BANK OF OMAHA'S MOTION TO DISMISS

1057970

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing

**DEFENDANT FIRST NATIONAL BANK OF OMAHA'S MOTION TO DISMISS** on the date indicated below by:

☒ mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐ hand delivery,

☐ facsimile transmission,

☐ overnight delivery,

☒ electronic filing notification;

I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

Lawrence James Saccato
c/o 6387 Old 99 S.
Roseburg, OR 97471
    Plaintiff *pro se*

Jeffrey Hasson
Davenport & Hasson, LLP
12707 NE Halsey Street
Portland, OR 97230
    Attorney for Defendant DKC Investments LLC

    DATED: October 4, 2010

                      /s/ Robert E. Sabido
                      Robert E. Sabido

Page 1 - **CERTIFICATE OF SERVICE**

1057970

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000