Robert E. Sabido, OSB No. 96416
rsabido@cvk-law.com
COSGRAVE VERGEER KESTER LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205
Telephone:	(503) 323-9000
Facsimile:	(503) 323-9019

Attorney for Defendant First National Bank of Omaha

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| LAWRENCE JAMES SACCATO,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVIS LAW FIRM; DKC INVESTMENTS LLC a/s/o; FIRST NATIONAL BANK OF OMAHA,<br><br>    Defendants. | Case No. CV-10-6192 TC<br><br>**MEMORANDUM SUPPORTING DEFENDANT FIRST NATIONAL BANK OF OMAHA'S MOTION TO DISMISS** |

**RELEVANT LAW**

**A.    Pleading Standards**

To survive a motion to dismiss for failure to state a claim, "a complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face.  A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Ashcroft v. Iqbal*, __ U.S. __, 129 S. Ct. 1937, 1949 (2009) (citing *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 127 S. Ct. 1955 (2007); internal quotations omitted).

/ / /

Page 1 -  **MEMORANDUM SUPPORTING DEFENDANT FIRST NATIONAL BANK OF OMAHA'S MOTION TO DISMISS**
1057983
COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

A complaint that merely states "labels and conclusions" or "a formulaic recitation of the elements of a cause of action" is insufficient. *Iqbal*, 129 S. Ct. at 1949. And so is a claim that merely tenders "naked assertions devoid of further factual enhancement." *Id.* (internal quotations omitted). Additionally, a complaint that pleads facts merely consistent with a defendant's liability "stops short of the line between possibility and [the requisite] plausibility of entitlement to relief" to survive a motion to dismiss. *Id.* (internal quotations omitted).

### B.   Fair Credit Reporting Act

Section 1681s-2(a) of the Fair Credit Reporting Act ("FCRA") imposes certain duties on furnishers of information to provide accurate information to credit reporting agencies. *See* 15 U.S.C. §1681-2(a). A violation of section 1681s-2(a), however, does not give rise to a private cause of action. *See* 15 U.S.C. §1681s-2(c); *McNall v. Credit Bureau of Josephine County*, 689 F. Supp. 2d 1265, 1272 (D. Or. 2010).

## DISCUSSION

Plaintiff alleges that defendant First National Bank of Omaha ("FNBO") violated the FCRA by:

- "[R]eport[ing] this account to all three [credit] bureaus * * * with erroneous and inaccurate information * * *";
- Not reporting the account to the credit bureaus as disputed; and
- "[U]pdating * * * [p]laintiff['].s credit reports with inaccurate and erroneous information."

(Third Amended Complaint, ¶¶ 20, 21, 25). Those alleged violations implicate the duties of furnishers of information, under section 1681s-2(a) of the FCRA, to provide accurate information to the credit reporting agencies. Any violation of those duties, however, does not give rise to a private cause of action. *See* 15 U.S.C. §1681s-2(c);

Page 2 -   **MEMORANDUM SUPPORTING DEFENDANT FIRST NATIONAL BANK OF OMAHA'S MOTION TO DISMISS**                                                                1057983
COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

*McNall*, 689 F. Supp. 2d at 1272.  Accordingly, plaintiff fails to plead any facts showing the plausibility of entitlement to relief against FNBO.  The court, therefore, should dismiss plaintiff's claims against FNBO.  *See Iqbal*, 129 S. Ct. at 1949.

## CONCLUSION

The court should grant FNBO's motion to dismiss.

DATED: October 4, 2010

                                                                             COSGRAVE VERGEER KESTER LLP

                                                                             /s/ Robert E. Sabido
                                                                             Robert E. Sabido, OSB No. 96416
                                                                             rsabido@cvk-law.com
                                                                             Telephone: (503) 323-9000
                                                                             Fax: (503) 323-9019
                                                                             Attorney for Defendant First National Bank of Omaha

Page 3 -  MEMORANDUM SUPPORTING DEFENDANT FIRST NATIONAL BANK OF OMAHA'S MOTION TO DISMISS                                                                              1057983
COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing

**MEMORANDUM SUPPORTING DEFENDANT FIRST NATIONAL BANK OF OMAHA'S MOTION TO DISMISS** on the date indicated below by:

- ☒ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☒ electronic filing notification;

I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

Lawrence James Saccato
c/o 6387 Old 99 S.
Roseburg, OR 97471
    Plaintiff *pro se*

Jeffrey Hasson
Davenport & Hasson, LLP
12707 NE Halsey Street
Portland, OR 97230
    Attorney for Defendant DKC Investments LLC

    DATED: October 4, 2010

                                          /s/ Robert E. Sabido
                                          Robert E. Sabido

Page 1 - **CERTIFICATE OF SERVICE**

1057983

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000