Jeffrey I. Hasson
Attorney at Law
12707 NE Halsey St.
Portland, OR 97230
Phone: (503) 255-5352
Facsimile: (503) 255-6124
E-Mail: hasson@dhlaw.biz
Oregon State Bar No. 872419
Attorney for DKC Investments, LLC

Honorable Thomas M. Coffin

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| LAWRENCE JAMES SACCATO,<br><br>  Plaintiff,<br><br>vs.<br><br>DAVIS LAW FIRM, DKC INVESTMENTS, LLC, AND FIRST NATIONAL BANK OF OMAHA<br><br>  Defendants. | Case No.: 6:10-CV-06192-TC<br><br>DKC'S RESPONSE TO PLAINTIFF'S MOTION IN OPPOSITION TO DKC'S MOTION TO DISMISS |

Defendant DKC Investments, LLC (DKC), by and through its attorney, Jeffrey I. Hasson, responds to Plaintiff's "Motion in Opposition to Co-Defendants DKC Investments LLC Motion to Dismiss" by stating DKC does not have a Motion to Dismiss pending so that the document filed by Plaintiff is meaningless, and should be stricken.

DKC'S RESPONSE TO PLAINTIFF'S MOTION IN
OPPOSITION TO DKC'S MOTION TO DISMISS -- Page 1

Davenport & Hasson, LLP
Attorneys at Law
12707 NE Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

  The Court, on its own Motion, should award sanctions against Plaintiff for making DKC file this document in response to a Motion that does not exist.

  Dated:  October 19, 2010.

s/ Jeffrey I. Hasson
Jeffrey I. Hasson, OSB#872419
Davenport & Hasson, LLP
Phone:  (503) 255-5352
Attorney for DKC

DKC'S RESPONSE TO PLAINTIFF'S MOTION IN
OPPOSITION TO DKC'S MOTION TO DISMISS -- Page 2

Davenport & Hasson, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

Certificate of Service

     I hereby certify that on October 19, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: <u>Robert Sabido</u> and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Lawrence James Saccato, 6387 Old Hwy 99S, Roseburg, OR 97471.

                                            <u>s/ Jeffrey I. Hasson</u>
                                            Jeffrey I. Hasson, OSB#872419
                                            Attorney for DKC
                                            Davenport & Hasson, LLP
                                            12707 NE Halsey St.
                                            Portland, OR 97230
                                            Phone: (503) 255-5352
                                            Facsimile: (503) 255-6124
                                            E-Mail: hasson@dhlaw.biz

CERTIFICATE OF SERVICE -- Page 1

Davenport & Hasson, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124