Robert E. Sabido, OSB No. 96416
rsabido@cvk-law.com
COSGRAVE VERGEER KESTER LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205
Telephone:  (503) 323-9000
Facsimile:   (503) 323-9019

Attorney for Defendant Davis Law Firm

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| LAWRENCE JAMES SACCATO,<br><br>Plaintiff,<br><br>v.<br><br>DAVIS LAW FIRM; DKC INVESTMENTS LLC a/s/o; FIRST NATIONAL BANK OF OMAHA,<br><br>Defendants. | Case No. CV10-6192 TC<br><br>**RESPONSE TO PLAINTIFF'S "OPPOSITION TO DEFENDANT DAVIS LAW FIRM'S MOTION TO DISMISS"** |

Plaintiff has filed an 11-page "Opposition to Defendant Davis Law Firm's Motion to Dismiss." However, there is no such motion to dismiss pending before the court. Davis Law Firm filed an answer to the third amended complaint, not a motion to dismiss. (See Docket No. 22). Accordingly, plaintiff's submission is both meaningless and prohibited by Fed. R. Civ. P. 7 and the court's Local Rules. The submission, therefore, should be disregarded and stricken.

Additionally, plaintiff's unauthorized submission has needlessly increased the cost of this litigation. The court, on its own, should order plaintiff to show cause why the

Page 1 -   RESPONSE TO PLAINTIFF'S "OPPOSITION TO DEFENDANT DAVIS LAW FIRM'S MOTION TO DISMISS"

1068216

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

submission does not violate Fed. R. Civ. P. 11(b); and it should award the necessary relief to deter repetition of this conduct.

DATED:  October 21, 2010

COSGRAVE VERGEER KESTER LLP

/s/ Robert E. Sabido
Robert E. Sabido, OSB No. 96416
rsabido@cvk-law.com
Telephone: (503) 323-9000
Fax: (503) 323-9019

Attorney for Defendant Davis Law Firm

Page 2 -  **RESPONSE TO PLAINTIFF'S "OPPOSITION TO DEFENDANT DAVIS LAW FIRM'S MOTION TO DISMISS"**

1068216

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **RESPONSE TO PLAINTIFF'S "OPPOSITION TO DEFENDANT DAVIS LAW FIRM'S MOTION TO DISMISS"** on the date indicated below by:

☒     mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐     hand delivery,

☐     facsimile transmission,

☐     overnight delivery,

☒     electronic filing notification;

I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

Lawrence James Saccato
c/o 6387 Old 99 S.
Roseburg, OR 97471
      Plaintiff *pro se*

Jeffrey Hasson
Davenport & Hasson, LLP
12707 NE Halsey Street
Portland, OR 97230
      Attorney for Defendant DKC Investments LLC

      DATED: October 21, 2010

                                                   /s/ Robert E. Sabido
                                                   Robert E. Sabido

Page 1 - **CERTIFICATE OF SERVICE**

1068216

**COSGRAVE VERGEER KESTER LLP**
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000