IN THE UNITED STATES DISTRICT COURT
FOR OREGON EUGENE DIVISION

| | |
|---|---|
| LAWRENCE JAMES SACCATO, | § FILED 10 OCT 22 11:54 USDC-ORE |
| Plaintiff, ProSe' | § CIVIL ACTION NO.10-6192-TC |
| vs. | § MOTION TO WITHDRAW MOTION IN OPPOSITION TO CO- DEFENDANT DKC INVESTMENTS MOTION TO |
| DAVIS LAW FIRM | § |
| Defendant | § |
| DKC INVESTMENTS, LLC a/s/o | § |
| Co-Defendant | § |
| FIRST NATIONAL BANK OF OMAHA | § |
| Co-Defendant, | § |

**MOTION TO WITHDRAW MOTION IN OPPOSITION OF CO-DEFENDANT DKC**

**INVESTMENT'S MOTION TO DISMISS**

Plaintiff, Lawrence James Saccato requests that the Clerk of the Court withdraw

Plaintiff's motion in opposition of Co-Defendant DKC Investments motion to dismiss, submitted

October 11, 2010.

Respectfully submitted this 21th day of October 2010.

*Lawrence Saccato*
Lawrence James Saccato, Plaintiff ProSe'
C/o 6387 Old Hwy 99S
Roseburg, Oregon 97471
541-784-2284 Message
ljsaccato@gmail