FILED '10 OCT 26 14:36 USDC-ORE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

LAWRENCE JAMES SACCATO,                                      10-6192-TC

           Plaintiff,

    v.                                                     ORDER STRIKING
                                                               DOCUMENTS 27 AND 31

DAVIS LAW FIRM, DKC INVESTMENTS,
LLC, and FIRST NATIONAL BANK OF
OMAHA,

           Defendants.

COFFIN, Magistrate Judge:

    Plaintiff Lawrence James Saccato (Saccato) is proceeding without counsel in this action which alleges that defendants violated the Fair Dept Collections Practices Act and the Fair Credit Reporting Act. On October 13, 2010, Saccato filed three documents: an opposition to Davis Law Firm's motion to dismiss (dkt. #27); an opposition to First National Bank of Omaha's motion to dismiss (dkt. #29); and an opposition to DKC Investments' motion to dismiss (dkt. #31). When Saccato filed these oppositions, only First National Bank had a pending motion to dismiss. (dkt. 19). DKC Investments had previously filed a motion to dismiss, but the court had

Page 1 - ORDER

granted DKC Investments' request to withdraw the motion. (dkt. #s 6, 10 and 16). Davis Law Firm had never filed a motion to dismiss. Thus, the documents filed in "response" to DKC Investments and Davis Law Firm are meaningless.

Both DKC Investments and Davis Law Firm have filed documents requesting that the court strike the meaningless documents Saccato filed and, on its own motion, sanction Saccato. (dkt. #s 26 and 30). Nothing suggests that Saccato filed the documents to harass or needlessly increase the cost of this litigation. Thus, I decline to sanction Saccato. Because the "responses" to DKC Investments (dkt. #27) and Davis Law Firm (dkt. #31) are meaningless, I order the Clerk of the Court to strike them from the docket.

IT IS SO ORDERED

DATED this 26 day of October 2010.

_____
THOMAS M. COFFIN
United States Magistrate Judge

Page 2 - ORDER