## PREPARATION FOR SETTLEMENT CONFERENCE

All communications made in connection with the settlement conference are confidential and will not be disclosed to anyone. Any documents requested and submitted for a settlement conference will be maintained in Chambers.

In preparation for the scheduled settlement conference, the attorneys for each party should submit to me the following:

1. A brief analysis of key issues involved in the litigation.

2. Copies of any critical agreements, business records, photographs, or other documents or exhibits.

3. A description of the strongest and weakest points in your case, both legal and factual.

4. A description of the strongest and weakest points in your opponent's case, both legal and factual.

5. Status of any settlement negotiations, including the last settlement proposal made by you and to you.

6. Settlement proposal that you believe would be fair.

7. Settlement proposal that you would be willing to make in order to conclude the matter and stop the expense of litigation.

These documents shall be submitted to Chambers by 4:30 on Wednesday, January 26, 2011, by regular mail, fax, or e-mail (below).

Thank you for your cooperation in this matter.

Hon. Mark D. Clarke
United States Magistrate Judge

James A. Redden United States Courthouse
310 West Sixth Street
Medford, OR 97501
Fax: 541-608-8779
rebecca_moore@ord.uscourts.gov