Robert E. Sabido, OSB No. 96416
rsabido@cvk-law.com
COSGRAVE VERGEER KESTER LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205
Telephone:   (503) 323-9000
Facsimile:    (503) 323-9019

    Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| LAWRENCE JAMES SACCATO,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVIS LAW FIRM; DKC INVESTMENTS LLC a/s/o; FIRST NATIONAL BANK OF OMAHA,<br><br>    Defendants. | Case No. CV-10-6192 HO<br><br>**UNOPPOSED MOTION TO EXTEND CASE DEADLINES** |

    Pursuant to FRCP 6(b), defendants move for a 60-day extension of all case deadlines. This motion is supported by the accompanying Declaration of Robert E. Sabido. Plaintiff does not object to, and joins in, this motion to extend.

    DATED:  March 11, 2011

    COSGRAVE VERGEER KESTER LLP

/s/ Robert E. Sabido
Robert E. Sabido, OSB No. 96416
rsabido@cvk-law.com
Telephone: (503) 323-9000
Fax: (503) 323-9019

Attorneys for Defendants

Page 1 - **UNOPPOSED MOTION TO EXTEND CASE DEADLINES**    1176061

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing

**UNOPPOSED MOTION TO EXTEND CASE DEADLINES** on the date indicated below by:

☒ mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐ hand delivery,

☐ facsimile transmission,

☐ overnight delivery,

☒ electronic filing notification;

I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

Lawrence James Saccato
c/o 6387 Old 99 S.
Roseburg, OR 97471
    Plaintiff *pro se*

Jeffrey Hasson
Davenport & Hasson, LLP
12707 NE Halsey Street
Portland, OR 97230
    Attorney for Defendant DKC Investments LLC

    DATED:  March 11, 2010

                                                       /s/ Robert E. Sabido
                                                       Robert E. Sabido

Page 1 - **CERTIFICATE OF SERVICE**

1176061

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000