Robert E. Sabido, OSB No. 96416
rsabido@cvk-law.com
COSGRAVE VERGEER KESTER LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205
Telephone:  (503) 323-9000
Facsimile:  (503) 323-9019

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| LAWRENCE JAMES SACCATO,<br><br>            Plaintiff,<br><br>     v.<br><br>DAVIS LAW FIRM; DKC INVESTMENTS LLC a/s/o; FIRST NATIONAL BANK OF OMAHA,<br><br>            Defendants. | Case No. CV-10-6192 HO<br><br>**DECLARATION OF ROBERT E. SABIDO IN SUPPORT OF UNOPPOSED MOTION TO EXTEND CASE DEADLINES** |

I, Robert E. Sabido, hereby declare:

1.   I am one of the attorneys representing defendants Davis Law Firm and First National Bank of Omaha in this case.

2.   The parties had a judicial settlement conference with Magistrate Judge Mark Clarke last month, but were not able to reach a settlement.

3.   Since then, the parties have begun engaging in written discovery. And they anticipate scheduling depositions in the near future.

4.   In the meantime, my firm will also be assuming the defense of DKC Investments, LLC in this case shortly. The details of that arrangement were being worked out over the last few weeks, and have been finalized only recenlty. A substitution of counsel for DKC will be filed early next week.

Page 1 -  **DECLARATION OF ROBERT E. SABIDO IN SUPPORT OF UNOPPOSED MOTION TO EXTEND CASE DEADLINES**       1176067

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

      5.      To allow the transition of DKC's defense to my firm to be finalized, and for the parties to continue and complete ongoing discovery, defendants request that the court extend all case deadlines by 60-days including (a) the discovery deadline (currently April 11, 2011); (b) pretrial, discovery and dispositive motions (currently April 11, 2011); and (c) joint ADR and pretrial order (currently May 9, 2011).

      6.      I have conferred with plaintiff and DKC's current counsel regarding this extension request. Neither of them objects.

      7.      This motion is made in good faith and not for any improper purpose.

**I DECLARE UNDER PENALTY OF PERJURY THAT THIS DECLARATION IS TRUE AND CORRECT.**

DATED: March 11, 2011

                    /s/ Robert E. Sabido
                    Robert E. Sabido

Page 2 - DECLARATION OF ROBERT E. SABIDO IN SUPPORT OF UNOPPOSED MOTION TO EXTEND CASE DEADLINES   1176067

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing

**DECLARATION OF ROBERT E. SABIDO IN SUPPORT OF UNOPPOSED MOTION TO EXTEND CASE DEADLINES** on the date indicated below by:

☒ mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐ hand delivery,

☐ facsimile transmission,

☐ overnight delivery,

☒ electronic filing notification;

I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

Lawrence James Saccato
c/o 6387 Old 99 S.
Roseburg, OR 97471
    Plaintiff *pro se*

Jeffrey Hasson
Davenport & Hasson, LLP
12707 NE Halsey Street
Portland, OR 97230
    Attorney for Defendant DKC Investments LLC

DATED:  March 11, 2010

                                            /s/ Robert E. Sabido
                                            Robert E. Sabido

Page 1 - **CERTIFICATE OF SERVICE**

1176067

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000