Robert E. Sabido, OSB No. 96416
rsabido@cvk-law.com
Frank H. Lagesen, OSB No. 69099
flagesen@cvk-law.com
COSGRAVE VERGEER KESTER LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205
Telephone:  (503) 323-9000
Facsimile:  (503) 323-9019

    Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| LAWRENCE JAMES SACCATO,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVIS LAW FIRM; DKC INVESTMENTS LLC a/s/o; FIRST NATIONAL BANK OF OMAHA,<br><br>    Defendants. | Case No. CV10-6192 HO<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

    Please take notice that Robert E. Sabido and Frank H. Lagesen of the law firm Cosgrave Vergeer Kester, LLP are hereby substituted as counsel of record for defendant DKC INVESTMENTS LLC, in place of Jeffrey I. Hasson of Davenport & Hasson, LLP.

///

///

///

///

///

Page 1 -  **NOTICE OF SUBSTITUTION OF COUNSEL**

1161121

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

All future notices and correspondence in this case relating to DKC should be directed to:

>Robert E. Sabido
>rsabido@cvk-law.com
>Frank Lagesen
>flagesen@cvk-law.com
>Cosgrave Vergeer Kester LLP
>805 SW Broadway, 8th Floor
>Portland, OR 97205
>Tel: (503) 323-9000
>Fax: (503) 323-9019

DATED this 14th day of March, 2011.

| Davenport & Hasson, LLP | COSGRAVE VERGEER KESTER LLP |
|---|---|
| /s/ Jeffrey I. Hasson<br>Jeffrey I. Hasson, OSB No. 872419<br>hasson@dhlaw.biz<br>Telephone: (503) 255-5352<br>Fax: (503) 255-6124 | /s/ Robert E. Sabido<br>Robert E. Sabido, OSB No. 964168<br>rsabido@cvk-law.com<br>Frank H. Lagesen, OSB No. 69099<br>flagesen@cvk-law.com<br>Telephone: (503) 323-9000<br>Fax: (503) 323-9019 |

Page 2 -  **NOTICE OF SUBSTITUTION OF COUNSEL**

1161121

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** on the date indicated below by:

- ☒ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☒ electronic filing notification.

If served by facsimile transmission, attached to this certificate is the printed confirmation of receipt of the document(s) generated by the transmitting machine. I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

Lawrence James Saccato
c/o 6387 Old 99 S.
Roseburg, OR 97471
    Plaintiff *Pro Se*

Jeffrey I. Hasson
Davenport & Hasson, LLP
12707 NE Halsey Street
Portland, OR 97230

    DATED: March 14, 2011

                                                /s/ Robert E. Sabido
                                                Robert E. Sabido

Page 1 - **CERTIFICATE OF SERVICE**

1161121

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000